Form 3

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| EXPORT PACKERS COMPANY LIMITED, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) ) Defendant, ) ) | Court No. 24-00061 |

TO: The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:

/s/Mario Toscano
Clerk of the Court

1. **Name and Standing of Plaintiff**

Plaintiff Export Packers Company Limited is a Canadian food trading company and U.S. importer of the subject merchandise, and Plaintiff requested the U.S. Department of Commerce scope ruling that is being challenged in this case. As a party to the proceedings from which this case arises, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii) and 28 U.S.C. § 2631(c).

2. **Brief Description of Contested Determination**

Plaintiff contests the U.S. Department of Commerce's Final Scope Ruling, *Antidumping Duty Order on Fresh Garlic from the People's Republic of China: Final Scope Ruling on Export Packers' Certain Individually Quick Frozen Cooked Garlic Cloves* (Case No. A-570-831).

3. **Date of Relevant Determination**

The Final Scope Ruling is dated February 21, 2024.

**4. Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable.  The U.S. Department of Commerce mailed the Final Scope Ruling to the interested parties via certified U.S. mail on February 22, 2024.

                                    Respectfully submitted,
                                    /s/Jeffrey S. Neeley
                                    Jeffrey S. Neeley
                                    Husch Blackwell, LLP
                                    1801 Pennsylvania Ave., N.W.
                                    Suite 1000
                                    Washington, D.C. 20006
                                    Tel: 202-378-2357
                                    Jeffrey.neeley@huschblackwell.com

Dated: March 12, 2024