## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EXPORT PACKERS COMPANY LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> FRESH GARLIC PRODUCERS ) <br> ASSOCIATION AND ITS INDIVIDUAL ) <br> MEMBERS, ET AL., ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Before: The Honorable Jane A. Restani <br><br> Court No. 24-00061 |

## PLAINTIFF'S COMMENTS ON FINAL REMAND RESULTS

On behalf of Plaintiff Export Packers Company Limited ("Export Packers"), we respectfully submit these comments regarding the U.S. Department of Commerce's ('Commerce's) final results of redetermination filed on December 9, 2025, ECF No. 62 ("Remand Results"), pursuant to Export Packers Company Limited v. United States, Court No. 24-00061, Slip Op. 25-45 (CIT April 18, 2025) ("Remand Order"), ECF 46. The comments are timely filed within 15 days of filing of the remand redetermination in accordance with the Remand Order.

In its Remand Results, Commerce determined that Export Packers IQF cooked garlic cloves are outside the scope of the *Antidumping Duty Order* on Fresh Garlic from the People's Republic of China. This determination is in accordance with the Court's Opinion and Order in

Slip Op. 25-45.  Therefore, Plaintiff respectfully requests that the Court affirm the Remand Results and enter judgment accordingly.

                Respectfully submitted,

                /s/ Nithya Nagarajan
                Nithya Nagarajan, Esq.
                Robert Stang, Esq.
                Stephen Brophy, Esq.

                **Husch Blackwell LLP**
                1801 Pennsylvania Ave., N.W.
                Suite 1000
                Washington, D.C. 20006
                (202) 378-2409
                nithya.nagarajan@huschblackwell.com

December 23, 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this submission complies with the Court's word limitation requirement. The word count for the foregoing comments, as computed by Husch Blackwell's word processing system (Microsoft Word), is 140 Words.

/s/ Nithya Nagarajan
Nithya Nagarajan

Dated: December 23, 2025