**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:   THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

|  |  |  |
|---|---|---|
| **EXPORT PACKERS COMPANY LIMITED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Court No. 24-00061** |
| **Defendant,** | ) | |
| **and** | ) | |
| **FRESH GARLIC PRODUCERS ASSOCIATION AND ITS INDIVIDUAL MEMBERS, CHRISTOPHER RANCH, L.L.C., THE GARLIC COMPANY, AND VALLEY GARLIC,** | ) | |
| **Defendant-Intervenors.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Fresh Garlic Producers Association and its individual members, Christopher Ranch, L.L.C., The Garlic Company, and Valley Garlic, Defendant-Intervenors in the above-captioned action, appeal to the United States Court of Appeals for the Federal Circuit from this Court's:  (1) April 18, 2025 Opinion in this action,[1] which remanded the U.S. Department of Commerce's ("Commerce") final scope ruling finding that Plaintiff Export Packers Company Limited's ("Export Packers") imports of individually quick frozen "cooked" garlic cloves ("IQF garlic cloves") are included in the scope of the antidumping duty ("AD") order on fresh garlic from the People's Republic of China.  See Final Scope Ruling on

---

[1]   See Export Packers Co. Ltd. v. United States, 780 F. Supp. 3d 1342 (Ct. Int'l Trade 2025) ("Export Packers I") (ECF No. 46).

Export Packers' Certain Individually Quick Frozen Cooked Garlic Cloves (Feb. 21, 2024) ("Scope Ruling"); (2) Commerce's subsequent Remand Results,[2] filed under "respectful protest," determining that Export Packers' imports of IQF garlic cloves are not covered by the scope of the AD order on fresh garlic from China; and (3) this Court's February 23, 2026 Opinion and Judgment in this action,[3] sustaining Commerce's Remand Results.

Respectfully submitted,

/s/ John M. Herrmann
JOHN M. HERRMANN
JOSHUA R. MOREY
MATTHEW T. MARTIN
KELLEY DRYE & WARREN LLP
670 Maine Avenue, S.W., Suite 600
Washington, DC  20024
(202) 342-8488

Counsel to Defendant-Intervenors
Fresh Garlic Producers Association and Its
Individual Members, Christopher Ranch, L.L.C.,
The Garlic Company, and Valley Garlic

Dated:  March 19, 2026

---

[2]    See Final Results of Redetermination Pursuant to Court Remand: *Export Packers Company Limited v. United States*, Ct. No. 24-00061 (Dep't Commerce Dec. 9, 2025) ("Remand Results") (ECF No. 62).

[3]    See Export Packers Co. Ltd. v. United States, Slip Op. 26-19, 2026 Ct. Intl. Trade LEXIS 23 (Ct. Int'l Trade February 23, 2026) ("Export Packers II") (ECF Nos. 74-75).

**CERTIFICATE OF SERVICE**

**Export Packers Company Limited v. United States**
**CIT Court No.  24-00061**

I hereby certify that on March 19, 2026, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

Respectfully submitted,

/s/ John M. Herrmann
JOHN M. HERRMANN
JOSHUA R. MOREY
MATTHEW T. MARTIN
KELLEY DRYE & WARREN LLP
670 Maine Avenue, S.W., Suite 600
Washington, DC  20024
(202) 342-8488

Counsel to Defendant-Intervenors
Fresh Garlic Producers Association and Its
Individual Members, Christopher Ranch, L.L.C.,
The Garlic Company, and Valley Garlic